IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**WALTER BOWERS**,

        Plaintiff,

**07cv533**
**ELECTRONICALLY FILED**

v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

        Defendant.

## ORDER OF COURT

**AND NOW,** this **6th day of March, 2008**, in accordance with the foregoing Memorandum Opinion (Document No. 12), it is **HEREBY ORDERED as follows**:

1. Defendant's Motion for Summary Judgment (Document No. 9) is **GRANTED**.

2. Plaintiff's Motion for Summary Judgment (Document No. 7) is **DENIED**.

3. The decision of the Commissioner is **AFFIRMED**, and judgment is entered in favor of the Commissioner.

        **SO ORDERED** this 6th day of March, 2008.

        /s/ Arthur J. Schwab
        Arthur J. Schwab
        United States District Judge

cc:     All counsel of record listed on ECF